FILED
OCT - 3 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Elizabeth LeTourneau
Plaintiff(s),

vs.

Anthony Calandra
Gateway Inn & Suites
Secretary of Defense
Dept of the Navy
Dept of Defense
Defendant(s).

Case: 1:12-cv-01644
Assigned To : Walton, Reggie B.
Assign. Date : 10/3/2012
Description: Pro Se Gen. Civil

**MOTION TO/FOR**

Court appointed Pro-Bono Counsel
(Provide basis for Motion)

The following party/parties (insert the names of all parties who are filing the Motion): Elizabeth LeTourneau- [illegible] in the above-named case hereby move(s) the United States District Court, District of Columbia for an Order to: (state what you want the Court to order)

Appoint Pro-Bono Counsel

**because:**

3

1. Counsel is needed to proceed w/ civil case; Plaintiff has not retained counsel based on

2. financial hardship.

Said Motion is based upon the attached Memorandum of Law, Local Civil Rule 83.11(b)(3).

and all of the files, records, and proceedings herein.

Signed this 20th day of Sept., 2012.

Signature of Party [signature]

Mailing Address Elizabeth LeTourneau
7829 Belle Pt Dr.
Greenbelt MD 20770

Telephone Number 571-257-9555