**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Elizabeth LeTourneau,<br><br>Plaintiff,<br><br>v.<br><br>Anthony Calandra (Capt.), *et. al.*,<br><br>Defendants. | ) | Civil Action No. 12-1644 (RBW) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sobia Haque, Special Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

*/s/ Sobia Haque*

SOBIA HAQUE
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon counsel for Plaintiff by first class mail addressed to:

Elizabeth LeTourneau,
7829 Belle Point Drive
Greenbelt, MD 20770

on this 12th day of October 2012.

*/s/ Sobia Haque*

SOBIA HAQUE
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov