**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LeTOURNEAU,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CALANDRA, *et al.*,<br><br>Defendants. | ) | Civil Action No. 12-1644 (RBW) |

**ORDER**

The plaintiff, who is proceeding *pro se*, is responsible for having the summons and complaint served on the defendants within the time limits set forth in Rule 4 of the Federal Rules of Civil Procedure. In relevant part, Rule 4 provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The plaintiff filed the complaint on October 3, 2012, and the time period for service lapsed on January 31, 2013. To date, the plaintiff neither has filed proof of service nor has the plaintiff requested an extension of time.

Accordingly, it is hereby

ORDERED that, not later than March 22, 2013, the plaintiff shall show cause in writing why this action should not be dismissed for failure to serve the defendants in a timely fashion under Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED.

REGGIE B. WALTON
United States District Judge

DATE: February 28, 2013