# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH LeTOURNEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-1644 (RBW) |
| ) | |
| ANTHONY CALANDRA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

By order dated February 28, 2013, the plaintiff was ordered to show cause why this action should not be dismissed for failure to serve the defendants in a timely fashion under Rule 4 of the Federal Rules of Civil Procedure. The Court set March 22, 2013 as the deadline for the plaintiff's response; to date, the plaintiff has filed neither a response nor a request for additional time to do so. Accordingly, the Court will dismiss this action and plaintiff's motion to appoint counsel will be denied as moot. An Order accompanies this Memorandum Opinion.

                                                        REGGIE B. WALTON
                                                        United States District Judge

DATE: March 29, 2013