**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LeTOURNEAU, Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-1644 (RBW) |
| ANTHONY CALANDRA, *et al.*, Defendants. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the complaint and this civil action are DISMISSED; it is

FURTHER ORDERED that plaintiff's motion for appointment of counsel [Dkt. #3] is DENIED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

REGGIE B. WALTON
United States District Judge

DATE: March 29, 2013