CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

← Please Return!

- 8 2013

ELIZABETH LETOURNEAU
7829 Belle Point Drive
Greenbelt, MD 20770

Addressee unknown!

Da. #7

12cv1644

20770$3698 C017