CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Return to Sender

12cv1644

ELIZABETH LETOURNEAU
7829 Belle Point Drive
Greenbelt, MD 20770

essee
known

APR 2 2 2013

20770$3338 CC